UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-14041-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,
vs.

PASCUAL PEREZ-MORENO,
aka PASCUAL MORENO-PEREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on January 13, 2022 [DE: 11]. A Report and Recommendation was filed on February 2, 2022, [DE: 18], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 18] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Indictment, which charges him with Illegal reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on **Friday, April 1, 2022 at 1:00 p.m.,** before the Honorable District Judge Aileen M. Cannon, at the Alto Lee Adams, Sr. United States

Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. District Judge Aileen M. Cannon
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office